UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                Criminal No. 05-cr-268-01-PB

Hugh Reynolds


      The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time to effectively prepare for trial. The government does not object to a continuance of the trial date.

      Accordingly, in order to allow the parties additional time to negotiate a plea agreement, or properly prepare for trial, the court will continue the trial from February 7, 2006 to May 2, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The January 25, 2006 final pretrial conference is continued until April 19, 2006 at 4:15 PM.

   SO ORDERED.


January 24, 2006             ___/s/ Paul Barbadoro_____
                     Paul Barbadoro
                     United States District Judge


cc:  Mark Howard, Esq.
    Jonathan Saxe, Esq.
    U. S. Probation
    U. S. Marshal