```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                               Case No. 05-cr-268-PB

**Hugh Reynolds**

## O R D E R

The defendant has moved to continue the May 2, 2006 trial in the above case, citing a negotiated plea agreement and the need for additional time to finalize the plea.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to finalize a plea agreement or prepare for trial, the court will continue the trial from May 2, 2006 to September 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 19, 2006 final pretrial is continued to August 30, 2006 at 3:00 p.m.

```
     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

April 19, 2006

cc:  Jonathan Saxe, Esq.
     Mark Howard, AUSA
     United States Probation
     United States Marshal
```